

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 97-684-CR-MORENO (s)(s)(s)

Plaintiff,

vs.

OLEG KIRILLOV,

Defendant.
_____/



NOTICE OF APPEAL

**NOTICE** is hereby given that, **OLEG KIRILLOV**, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the verdict, judgment and commitment, and sentence entered in this action on the 8th day of June, 1999.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by facsimile and U.S. Mail to Michael J. Dittoe, Assistant United States Attorney, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394-3002, this _____ day of June, 1999.

Respectfully submitted,

**LAW OFFICES OF ALAN E. WEINSTEIN**
Attorneys for Defendant Kirillov
1801 West Avenue
Miami Beach, Florida 33139
(Tel) 305/534-4666; (Fax) 305/534-7636

By: _____
    Alan E. Weinstein

LAW OFFICES OF
ALAN E. WEINSTEIN
1801 WEST AVENUE
MIAMI BEACH, FLA.
TEL. (305) 534-4666
FAX: (305) 534-7636