```
                                                                    1

         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF FLORIDA
                    MIAMI DIVISION


UNITED STATES OF AMERICA    )    CASE NO. 97-684-CR-FM
                            )    Miami, Florida
                            )    March 15, 1999
                            )    1:30 o'clock, p.m.
         vs.                )
                            )
                            )
OLEG KIRILLOV, et al.,      )    FILED by _____ D.C.
                            )    CT. REP.
              Defendant.    )
_____)    NOV 16 1999

                                 CLARENCE MADDOX
                                 CLERK U.S. DIST. CT.
                                 S.D. OF FLA. - MIAMI
                    VOLUME 10

                 TRANSCRIPT OF TRIAL
         BEFORE THE HONORABLE FEDERICO A. MORENO,
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

For The Government:     Michael J. Dittoe, Esq.
                        Assistant U.S. Attorney
                        500 East Broward Boulevard
                        Fort Lauderdale, Florida 33394


For The Defendant:      Alan E. Weinstein, Esq.
                        Attorney-At-Law
                        1801 West Avenue
                        Miami Beach, Florida 33139


Court Reporter:         Roger Watford, RPR/CM.
                        Official Court Reporter
                        Miami, Florida
```