# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 19, 2011

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

FILED by ___ D.C.
DEC 22 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Appeal Number: 11-13205-DD
Case Style: USA v. Oleg Kirillov
District Court Docket No: 1:97-cr-00684-FAM-2

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

**Certified copy of Order attached to USDC letter.**

**The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.**

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD
Phone #: (404) 335-6176

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 11-13205-DD

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 19 2011
JOHN LEY
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OLEG KIRILLOV,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

Before: TJOFLAT, BARKETT and MARTIN, Circuit Judges.

BY THE COURT:

    Oleg Kirillov's notice of appeal is untimely as to the district court's order denying his 18 U.S.C. § 3582(c)(2) motion. Because Kirillov filed his notice of appeal within the 30 days after the expiration of the appeal period, we construe his appeal as a motion for an extension of time under Fed.R.App.P. 4(b)(4). *See United States v. Ward*, 696 F.2d 1315, 1317-18 (11th Cir. 1983). Accordingly, we REMAND the proceedings to the district court for a determination as to whether there is excusable neglect or good cause to justify such an extension. *See* Fed.R.App.P. 4(b)(4).

Upon making this determination, the district court shall return the record, as supplemented, to this Court for further proceedings. The government's motion to dismiss this appeal as untimely is therefore HELD IN ABEYANCE.